FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0400

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0400

IN RE THE MARRIAGE OF:

JASON GAGE JONES,

      Petitioner and Appellant,

   v.

QUINN ERIN JONES,

      Respondent and Appellee.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

Susan J. Rebeck, the mediator previously appointed in this matter, has notified the parties that she declines the appointment. Accordingly, Ms. Rebeck's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **W. CARL MENDENHALL,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 6th day of September, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Jami L. Rebsom, jamiresom@gmail.com
      Riley M. Wavra, rwavra@lairdcowley.com
      Douglas D. Harris, dharris@lairdcowley.com
      Susan J. Rebeck, esjayaremt@aol.com
      W. Carl Mendenhall, carlmendenhall@gmail.com